E-FILED
Tuesday, 18 January, 2022 02:00:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Jeffery T. Dick )
 )
_____ )
 )
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
 )
v. )  NO. 22-CV-2013
 )
Masterbrand Cabinets )
Inc. )
_____ )
 )
_____ )
(Name of the defendant or defendants) )

FILED
JAN 18 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

**I. PARTIES**

2. The plaintiff is Jeffery Thomas Dick, whose street address is 219 S Kentucky Apt 2D
(city) Atwood (state) IL (ZIP) 61913
(Plaintiff's telephone number) (217)-649-0261

3. The defendant is Masterbrand Cabinets Inc, whose street address is 501 W. Progress St
(city) Arthur (state) IL (ZIP) 61911
(Defendant's telephone number) (217)-543-3311

4. The alleged discrimination occurred at 501 W. Progress St
(city) Arthur (state) IL (ZIP) 61911

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Dec, (day) 14, (year) 2020

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☒ Other (list): Mental Illness, Recovering Drug addict

8. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☐ HAS ☒ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) _____.

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐ by failing to hire the plaintiff.

    (b) ☒ by terminating the plaintiff's employment.

    (c) ☐ by failing to promote the plaintiff.

    (d) ☒ by failing to stop harassment;

    (e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

    (g) ☐ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☒ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☒ with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☒ other (specify): I have several witnesses to call to support my claim as well as character references to my work ethic & my pride I took in my job

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

I was previously employed at Masterbrand from 2004 to 2014. I willingly admit during late 2013 early 2014. I was not my best self, and I ultimately left my position to save face. In 2020 I was rehired by the company and told by 4 individuals that I would be given a second chance. Despite this, my boss confronted me on my first day back saying "I've had several come warn me about you". I was harrassed and discriminated against during my employment, and I believe they should be held accountable for their acts.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
[check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): _compensation for lost wages and 401K_

4

_____
_____
_____
_____
_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Jeffery T. Dick
(Plaintiff's name)

219 S. Kentucky Apt 2D
Atwood IL 61913
(Plaintiff's street address)

(City) Atwood  (State) IL  (ZIP) 61913
(Plaintiff's telephone number) (217)- 649-0261

Date: 1-17-22

5