# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| JEFFERY T. DICK,<br><br>      **Plaintiff,**<br><br>v.<br><br>MASTERBRAND CABINETS INC.,<br><br>      **Defendant.** | Case No. 22-2013 |

## REPORT & RECOMMENDATION

On January 18, 2022, Plaintiff filed a Complaint (#1) against Defendant. The Court granted Plaintiff's request to proceed in forma pauperis, and Defendant was served on April 25, 2022. The Court held a Rule 16 Scheduling Conference on June 28, 2022, where it set the discovery schedule. On September 13, 2022, Defendant filed a Motion to Compel (#17) in which it alleged that Plaintiff did not serve his initial disclosures by the July 29, 2022 deadline.

Plaintiff failed to respond to Defendant's Motion to Compel (#17). On November 14, 2022, the Court granted Defendant's Motion to Compel and directed Plaintiff to serve his initial disclosures on Defendant within fourteen (14) days. The Court further noted that Plaintiff failed to appear for a Status Conference set for November 7, 2022, and ordered Plaintiff to show cause as to why this matter should not be dismissed for failure to prosecute.

Plaintiff failed to comply with the Court's order to serve his initial disclosures and failed to explain his failure to appear for the November 7, 2022 status conference.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that

any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

IT IS SO ORDERED.

ENTERED this 5th day of December, 2022.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE